IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENTE URAIN SOLOMON, | No. C 11-2827 LHK (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT |
| v. | |
| CDW G. LEWIS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding *pro se*, filed an amended civil rights complaint pursuant to 42 U.S.C. § 1983. On October 21, 2011, the Court screened Plaintiff's amended complaint, and dismissed it with leave to amend. Before the Court is Plaintiff's motion for an extension of time to file his second amended complaint.

Plaintiff's motion for an extension of time to file a second amended complaint is GRANTED. Plaintiff shall file his second amended complaint within **thirty (30) days** from the date this order is filed. Failure to file a second amended complaint within thirty days, and in accordance with this order, will result in dismissal of this action.

IT IS SO ORDERED.

DATED: 12/12/11

LUCY H. KOH
United States District Judge

Order Granting Extension of Time to File a Second Amended Complaint
P:\pro-se\sj.lhk\cr.11\Solomon827eotsac