IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **VINCENTE U. SOLOMON,**<br><br>Plaintiff,<br><br>v.<br><br>**G. LEWIS, et al.,**<br><br>Defendants. | Case No. C 11-2827 LHK (PR)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO CHANGE TIME TO FILE DISPOSITIVE MOTION** |

    In accordance with this District's Civil Local Rules 6-1(b), 6-3, and 7-11(a), Defendants Atchley, Ippolito, Oyarzabal, and Solis have moved for an extension of fourteen days, up to and including September 6, 2012, within which to file a dispositive motion in this matter. Having read and considered Defendants' motion to change time and the declaration of Defendants' counsel supporting the motion, and for good cause appearing, Defendants' motion for an extension of time is GRANTED. The time in which Defendants may file a dispositive motion is extended up to and including September 6, 2012.

/ / /

/ / /

/ / /

1

[Proposed] Order Granting Defs.' Second Mot. to Change Time (C 11-2827 LHK (PR))

Accordingly, Plaintiff's opposition to Defendants' summary-judgment motion or other dispositive motion shall be filed with the Court and served upon Defendants' counsel no later than October 9, 2012. Defendants' reply brief shall be filed and served no later than by October 23, 2012.

**IT IS SO ORDERED.**

Dated: 9/6/12

_____
The Honorable Lucy H. Koh
United States District Court Judge

2

[Proposed] Order Granting Defs.' Second Mot. to Change Time (C 11-2827 LHK (PR))