IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENTE URAIN SOLOMON, | ) | No. C 11-02827 (LHK) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION FOR EXTENSION OF TIME; DENYING MOTION FOR ORDER DIRECTING PRISON LAW LIBRARIAN S. GUZMAN TO PROVIDE LEGAL SUPPLIES |
| vs. | ) ) ) | |
| SGT. MOYER, et al., | ) ) | |
| Defendants. | ) ) ) | (Doc. No. 87.) |

Plaintiff, a California inmate proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. (Docket No. 14.) On September 12, 2012, Defendants filed a motion to dismiss. (Docket No. 81.) Plaintiff moves for an extension of time to file an opposition to Defendants' motion to dismiss. (Docket No. 87.) Plaintiff also requests an order directing the prison law librarian S. Guzman to provide him with weekly legal supplies. (*Id.*)

Plaintiff's request for an extension of time is **GRANTED**. His opposition, filed December 17, 2012 (docket no. 86), is deemed timely. Although Plaintiff requests the Court's assistance in acquiring his weekly legal supplies, the Court has no jurisdiction to order prison law librarian S. Guzman to do so because he is not a party to this action. Thus, Plaintiff's request is **DENIED**.

IT IS SO ORDERED.

DATED: 1/13/13

LUCY H. KOH
United States District Judge

Order Granting Mot. for Ext. of Time; Denying Motion for Order Directing
Prison Law Liberian S. Guzman to Provide Legal Supplies
G:\PRO-SE\SJ.LHK\CR.11\Solomon2739eot-op.wpd