UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT URAIN SOLOMON,<br><br>    Plaintiff,<br><br>  v.<br><br>MOYER, et al.,<br><br>    Defendants. | Case No. 11-cv-02827-JST (PR)<br><br>**ORDER DIRECTING DEFENDANTS TO RE-SERVE PLAINTIFF WITH A COPY OF DEFENDANTS' INTERROGATORIES**<br><br>Re: Dkt. No. 109 |

Before the Court is plaintiff's request for the Court to send plaintiff "another copy of defendants' interrogatories." (Dkt. No. 109.) Plaintiff claims that prison staff lost all his legal documents.

The Court generally is not involved in the discovery process and only becomes involved when there is a dispute between the parties about discovery responses. Discovery requests and responses normally are exchanged between the parties without any copy being sent to the Court. See Fed. R. Civ. P. 5(d)(1) (listing discovery requests and responses that "must not" be filed with the Court until they are used in the proceeding or the Court orders otherwise).

Nevertheless, in order to expedite the resolution of this case, the Court DIRECTS defendants to re-serve a copy of the interrogatories previously served on plaintiff.

This order terminates Docket No. 109.

**IT IS SO ORDERED.**

Dated: November 3, 2013

_____
JON S. TIGAR
United States District Judge