United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT URAIN SOLOMON,

    Plaintiff,

  v.

SGT. MEYER, et al.,

    Defendants.

Case No. 11-cv-02827-JST (PR)

**ORDER ADMINISTRATIVELY CLOSING ACTION**

On January 27, 2014, the instant case was stayed pending settlement conference proceedings. Accordingly, the Clerk is directed to ADMINISTRATIVELY CLOSE this action until further order of the Court.

**IT IS SO ORDERED.**

Dated: February 25, 2014

_____
JON S. TIGAR
United States District Judge