UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON, | No. 3:11-CV-02827 JST (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| SGT. MEYER, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of Vincent Urain Solomon , inmate no. P17188, presently in custody at the Corcoran State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: February 27, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Corcoran State Prison

GREETINGS

WE COMMAND that you have and produce the body of Vincent Urain Solomon, inmate no. P17188, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 9:00 a.m. on April 11, 2014, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Solomon v. Meyer, et al, and at the

termination of said hearing return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings for which his testimony is required in this Court;

Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court for the Northern District of California.

Dated: February 27, 2014

                            RICHARD WIEKING
                            CLERK, UNITED STATES DISTRICT COURT

                            By: Linn Van Meter 
                                Administrative Law Clerk

Dated: February 27, 2014



_____
NANDOR J. VADAS
United States Magistrate Judge

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON, | No. 3:11-CV-02827 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SGT. MEYER, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that on February 27, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Urain Solomon
#:P17188
California State Prison, Corcoran
P.O. Box 8800, Housing: 4A1L#4
Corcoran, CA 93212-8309

Litigation Coordinator
California State Prison, Corcoran
PO Box 8800
Corcoran, CA  93212-8800

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

3