UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON | No. 3:11-CV-02827 JST (NJV) |
| Plaintiff, | ORDER STAYING WRIT |
| v. | |
| SGT. MEYER, et al, | |
| Defendants. | |

The writ of habeas corpus ad testificandum issued February 27, 2014, is HEREBY STAYED pending further order of the court. Plaintiff shall not be transported.

IT IS SO ORDERED.

Dated: March 28, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON, | No. 3:11-CV-02827 JST (NJV) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SGT. MEYER, et al., | |
| Defendants. / | |

I, the undersigned, hereby certify that on March 28, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Urain Solomon
#:P17188
California State Prison, Corcoran
P.O. Box 8800, Housing: 4A1L#4
Corcoran, CA 93212-8309

Litigation Coordinator
California State Prison, Corcoran
PO Box 8800
Corcoran, CA  93212-8800

(by fax also)

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2