UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON | No. 3:11-CV-02827 JST (NJV) |
| Plaintiff, | ORDER RE LEGAL MATERIALS |
| v. | |
| SGT. MEYER, et al, | |
| Defendants. | |

Pursuant to the status conference held in this case on May 13, 2014, Plaintiff shall be allowed to keep five boxes of legal materials in his cell.

IT IS SO ORDERED.

Dated: May 13, 2014

                                            NANDOR J. VADAS
                                            United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON,Plaintiff,v.SGT. MEYER, et al.,Defendants._____/ | No.  3:11-CV-02827 JST  (NJV)CERTIFICATE OF SERVICE |

I, the undersigned, hereby certify that on May 13, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Vincent Urain Solomon
#:P17188
California State Prison, Corcoran
P.O. Box 8800, Housing: 4A1L#4
Corcoran, CA 93212-8309

Litigation Coordinator
California State Prison, Corcoran
PO Box 8800
Corcoran, CA  93212-8800

/s/ Linn Van Meter
_____
Linn Van Meter
Administrative Law Clerk to
the Honorable Nandor J. Vadas

2