UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| VINCENT URAIN SOLOMON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATCHLEY, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-02827-JST (NJV)<br><br>**ORDER RE DEFENDANTS' MOTION TO DISSOLVE INJUNCTION**<br><br>Re: Dkt. No. 130 |

　　　　The district court has referred the matter to the undersigned for a report and recommendation. Doc. No. 33. Defendants' motion to dissolve the injunction will be heard on July 17, 2014. Doc. No. 134. In order to assist the undersigned in issuing his report and recommendation, Defendants shall file a supplemental declaration containing the following:

(1) Photographs (8"x10") of Plaintiff's cell at Corcoran S.P., showing the cell from the entrance, the back wall, and each side wall;

(2) Photographs (8"x10") of the five boxes of legal documents in question and measurements for each box;

(3) Blueprints of Plaintiff's cell;

(4) Copies of any applicable DOM or facility regulations that Defendants contend apply to Plaintiff's request to keep the five boxes of legal documents in his cell;

(5) A list of all inmates incarcerated at Corcoran S.P. whose access to legal documents has been curtailed in the last five years in the manner Plaintiff's access has been curtailed;

(6) Any documents relating to the decision to deprive Plaintiff of access to his legal materials; and,

(7) The amount of time it would take Mr. Solomon to exchange legal materials in the manner described in M. Kimbrell's declaration (Doc. No. 131 ¶ 9 ("Procedures are in place that allow Mr. Solomon to access any of his legal materials that he is not permitted to keep in his cell.  Mr. Solomon can exchange the legal materials in his cell at any time on request, and he can access his legal materials either during his weekly law library time, or at his request, he can be taken to a holding cell where he can sort, review, study, and otherwise utilize any legal materials related to his active cases")).

Defendants shall file the information requested above no later than June 18, 2014, and shall submit Chambers Copies to the undersigned no later than June 19, 2014 at 4:00 p.m.

Plaintiff shall describe the contents of his five boxes of legal documents generally (*e.g.*, copies of court documents, notes, copies of legal treatises or case law, correspondence with opposing counsel).  Plaintiff shall confirm whether the five boxes of legal documents pertain to this case; if the documents do not pertain to this case, Plaintiff shall generally describe what case or proceeding the documents pertain to.  Plaintiff shall file this information no later than June 25, 2014.

**IT IS SO ORDERED**.

Dated: June 4, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT URAIN SOLOMON,

    Plaintiff,

  v.

ATCHLEY, et al.,

    Defendants.

Case No. 11-cv-02827-JST (NJV)

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.

    That on 6/4/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Vincent Urain Solomon
California State Prison, Corcoran
P.O. Box 3486
Corcoran, CA 93212

Dated: 6/4/2014

By:_____/s/_____
France Jaffe, Law Clerk to the
Honorable NANDOR J. VADAS

3